**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| VITO A. PELINO, | : | No. 10 WAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered April |
| | : | 20, 2020 at No. 92 MD 2019. |
| v. | : | |
| | : | |
| | : | |
| JOHN E. WETZEL AND ROBERT | : | |
| GILMORE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 20th day of January, 2021, the Order of the Commonwealth Court is **AFFIRMED**.